IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID EADES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-00913 |
| ) | Judge Trauger |
| BROOKDALE SENIOR LIVING, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment of Defendant Brookdale Senior Living, Inc. is **GRANTED** and the plaintiff's claims **DISMISSED**.

It is so Ordered.

Entered this 25th day of November 2008.

_____
ALETA A. TRAUGER
United States District Judge